**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

ANGELO RODRIGUEZ,

        Plaintiff,

    v.

KASEYA HOLDINGS, INC.,
KASEYA INC., and
DATTO HOLDING CORP.,

        Defendants.

Case No. 1:24-cv-00752-DAE

**JOINT NOTICE OF ANTICIPATED SETTLEMENT**

Plaintiff Angelo Rodriguez ("Plaintiff") and Kaseya Holdings, Inc., Kaseya Inc., and Datto Holding Corp. (collectively, "Defendants"), by and through their respective counsel, submit this Notice of Anticipated Settlement.

The Parties hereby provide notice that they have reached a settlement agreement in principle, resolving all claims in this action. The Parties are cooperating in good-faith to memorialize and finalize the terms of the settlement agreement.

Accordingly, the Parties respectfully request that the Court stay all deadlines or administratively close the case for a period of thirty (30) days to allow completion of the settlement agreement, after which the Parties will file a joint stipulation of dismissal with prejudice.

Dated: February 5, 2026

Respectfully submitted,

By: */s/ John W. Escover*
John W. Escover
The Law Offices of John W. Escover LLLP
4500 Williams Drive; Suite 212 #198
Georgetown, Texas 78633

*Attorney for Plaintiff Angelo Rodriguez*

By*: /s/ Emiliano D. Delgado*
Asher B. Griffin (Texas Bar No. 24036684)
Emiliano D. Delgado (TX Bar No. 24126388)
300 West 6th St., Suite 2010
Austin, Texas 78701
Phone: (737) 667-6100
Fax: (737) 667-6110
ashergriffin@quinnemanuel.com
emilianodelgado@quinnemanuel.com

Hope D. Skibitsky (NY Bar No. 5362124)
(admitted *Pro Hac Vice*)
Stefan Berthelsen (NY Bar No. 6075204)
(admitted *Pro Hac Vice*)
295 Fifth Ave
New York, NY 10016
Phone: (212) 849-7000
Fax: (212) 849-7100
hopeskibitsky@quinnemanuel.com
stefanberthelsen@quinnemanuel.com

*Attorneys for Defendants Kaseya Holdings, Inc., Kaseya Inc., and Datto Holding Corp.*

3

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing document was served via electronic mail to effectuate service on counsel

of record for all other parties who have appeared in this action on February 5, 2026

*/s/ Emiliano D. Delgado*
Emiliano D. Delgado
